Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**FILED AUG - 9 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

## United States Bankruptcy Court
## Central District of California

JESSE RIVERA

) Chapter 13
)
) Case No.: 8:09-bk-21305-TA
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) (Bankruptcy Rule 3011)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300804** in the sum of **$497.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

JESSE RIVERA
233 E CHESTNUT AVE
ORANGE, CA 92646

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0921305 | JESSE RIVERA ACCT: | XXX-XX-7047 Claim: 00000 | 497.00 | 0.00 | 497.00 |
| | | TOTALS | 497.00 | 0.00 | 497.00 |

JESSE RIVERA

BALANCE:      [0.00  1/00000]
SSN: XXX-XX-7047    SSN:
ACCT:                                CASE: 0921305
PRINCIPAL:       497.00   INTEREST:       0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300804

Jul 23, 2010

VOID 90 DAYS FROM DATE

*******$497.00

**PAY**    Four Hundred Ninety Seven And 00 / 100 Dollars

**TO THE ORDER OF**    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑆0300804⑆ ⑈061100790⑈ 000000575186 2⑆